ALBERT P. MARSH v. JOANNE E. FINLEY.

October 4, 1978. Petitions for certification denied. (See 160 *N. J. Super.* 193)

NORMAN PULLIN v. E. W. BLISS COMPANY.

October 4, 1978. Petition for certification denied.

NORMAN PULLIN v. E. W. BLISS COMPANY

October 4, 1978. Cross-petition for certification denied.

KENDALL PARK CHAPTER OF DEBORAH v. CITY OF NEW BRUNSWICK.

October 4, 1978. Petition for certification denied. (See 159 *N. J. Super.* 249)

ROBERT D. RICHARDSON v. FORD MOTOR COMPANY.

October 4, 1978. Petition for certification denied.

STANLEY NOVAK v. CITIES SERVICE OIL COMPANY.

October 4, 1978. Petition for certification denied. (See 159 *N. J. Super.* 400)